# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**ONONDAGA COUNTY LABORERS' HEALTH
AND WELFARE, PENSION, ANNUITY AND
TRAINING FUNDS; et al.**

                V.                CASE NUMBER: 5:05-CV-1589(FJS/DEP)

**MAXIM CONSTRUCTION SERVICE
CORP.; et al.**

**[ ]**        **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANTS for default judgment in the total amount of $17,006.83 pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on June 15, 2006.

DATED:     June 15, 2006

                                              Clerk of Court

LKB:lmp